FILED: April 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)

_____

JOANN WRIGHT HAYSBERT

  Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

  Defendant - Appellee

and

BLOOMIN' BRANDS, INC.

  Defendant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:24-cv-00087-EWH-RJK |
| Date notice of appeal filed in originating court: | 03/28/2025 |
| Appellant(s) | Joann Wright Haysbert |
| Appellate Case Number | 25-1332 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |