UNITED STATES COURT OF APPEALS FOR THE
FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) ) ) | |
| Plaintiff/Appellant, | ) ) | Case No. 25-1332 |
| v. | ) ) ) | |
| **OUTBACK STEAKHOUSE OF FLORIDA, LLC**, | ) ) ) ) | |
| Defendant/Appellee. | ) ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF CORRECTION REQUEST TO THE CAPTION OR STYLE OF THE CASE AND REQUEST FOR FURTHER CORRECTION

Plaintiff-Appellant JoAnn Wright Haysbert hereby submits this notice of agreement with Appellee Outback Steakhouse of Florida, LLC's request to correct the caption of this case to reflect that Defendant Bloomin' Brands, Inc. was dismissed before trial and is not a party to the appeal.

Plaintiff requests that the caption be further corrected to reflect that the Notice of Appeal (attached hereto as Exhibit A) was filed by both Plaintiff JoAnn Wright Haysbert and Interested Party Nazareth M. Haysbert and Mr. Haysbert should therefore also be identified in the caption as an appellant.

                                                    Respectfully submitted,

DATED: April 24, 2025              /s/ Judah J. Ariel
                                                Judah J. Ariel
                                                ARIEL LAW
                                                751 Fairmont St. NW #3
                                                Washington, DC 20001
                                                (202) 681-3032

                                                *Counsel for JoAnn Wright Haysbert and Nazareth M. Haysbert*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

|  |  |
|---|---|
| JOANN WRIGHT HAYSBERT, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:24-cv-87 |
| ) | |
| v. ) | |
| ) | |
| OUTBACK STEAKHOUSE ) | |
| OF FLORIDA, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff JoAnn Wright Haysbert and Interested Party Nazareth M. Haysbert appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on February 28, 2025.

Respectfully submitted,

DATED: March 28, 2025

JOANN WRIGHT HAYSBERT
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

NAZARETH M. HAYSBERT
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Tel: (310) 917-1056