UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)

_____

JOANN WRIGHT HAYSBERT

    Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

    Defendant - Appellee

 and

BLOOMIN' BRANDS, INC.

    Defendant

_____

O R D E R
_____

    The court extends the briefing schedule as follows:

    Joint appendix due: 06/24/2025

    Opening brief due: 06/24/2025

    Response brief due: 07/24/2025

    Any reply brief: 21 days from service of response brief.

                            For the Court--By Direction

                            /s/ Nwamaka Anowi, Clerk