UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)
_____

JOANN WRIGHT HAYSBERT

    Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

    Defendant - Appellee

and

BLOOMIN' BRANDS, INC.

    Defendant

_____

O R D E R
_____

Upon consideration of the joint consent/stipulation to correct the record on appeal, the court grants the stipulation.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk