# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1332,  Joann Haysbert v. Outback Steakhouse of Florida, LLC
              4:24-cv-00087-EWH-RJK

TO:   Outback Steakhouse of Florida, LLC
      Joann Wright Haysbert

RESPONSE DUE: 06/20/2025

Response is required to the motion to intervene on or before 06/20/2025.

Kirsten Hancock, Deputy Clerk
804-916-2704