UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)
_____

JOANN WRIGHT HAYSBERT

    Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

    Defendant - Appellee

and

BLOOMIN' BRANDS, INC.

    Defendant

_____

O R D E R
_____

The court suspends the briefing schedule pending resolution of the motion to intervene.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk