UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)

_____

JOANN WRIGHT HAYSBERT

    Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

    Defendant - Appellee

and

BLOOMIN' BRANDS, INC.

    Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion of Nazareth M. Haysbert for leave to intervene as appellant, the court denies the motion.

    For the Court

    /s/ Nwamaka Anowi, Clerk