# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 5, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-1332,  Joann Haysbert v. Outback Steakhouse of Florida, LLC
4:24-cv-00087-EWH-RJK

TO: Joann Wright Haysbert

**BRIEF / JOINT APPENDIX CORRECTION DUE: August 11, 2025**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✔] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):
- Appendix is not in chronological order

A corrected opening brief may be filed to correct and changes to citations.

Kirsten Hancock, Deputy Clerk
804-916-2702