UNITED STATES COURT OF APPEALS FOR THE
FOURTH CIRCUIT
_____

| | | |
|---|---|---|
| **JOANN HAYSBERT** | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | Appeal No.: 25-1332 |
| v. | ) | |
| | ) | |
| **OUTBACK STEAKHOUSE** | ) | |
| **OF FLORIDA, LLC** | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEE**

COMES NOW, Defendant-Appellee, Outback Steakhouse of Florida, LLC, by counsel, and in and for its Motion for Extension of Time to File Brief of Appellee, states the following:

1. Plaintiff-Appellant filed her opening brief on August 5, 2025. Defendant-Appellee's deadline to file its brief is September 4, 2025. Doc. 36.

2. The Federal Rules of Appellate Procedure permit that a deadline may be extended for "good cause." Fed. R. App. P. 26(b).

3. Good cause exists to grant this extension. This extension is sought to permit counsel for Defendant-Appellee to provide the Court with a comprehensive brief on the nuanced issues raised in Plaintiff-Appellee's brief, and to accommodate

1

counsel leading the drafting efforts in light of unexpected issues arising in other litigation matters.

4. Further, this is Appellee's first request for an extension of an appellate deadline in this matter, and none of the parties will suffer prejudice by extending this deadline.

5. Counsel for Plaintiff-Appellant consents to the granting of this Motion, including the specific extension of time requested.

WHEREFORE, Defendant-Appellee, Outback Steakhouse of Florida, LLC, Virginia, respectfully requests that the Court extend the deadline for Appellee's brief to September 15, 2025.

**OUTBACK STEAKHOUSE
OF FLORIDA, LLC**
By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555

   */s/ William W. Miller*
John D. McGavin (VSB 21794)
Emily K. Blake (VSB 90562)
William W. Miller (VSB 97125)
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
wmiller@mbbtklaw.com
*Counsel for Defendant-Appellee*

## CERTIFICATE OF SERVICE

      I hereby certify that on 2nd day of September 2025, a true and accurate copy of the foregoing was sent via the CM/ECF system and served upon:

Judah J. Ariel, Esq.
Ariel Law
751 Fairmont Street, NW #3
Washington, D.C. 20001
judah@ariel-law.com
Counsel for Appellant

                                               */s/ William W. Miller*
                                               William W. Miller