UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1332
(4:24-cv-00087-EWH-RJK)
_____

JOANN WRIGHT HAYSBERT

    Plaintiff - Appellant

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC

    Defendant - Appellee

 and

BLOOMIN' BRANDS, INC.

    Defendant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/15/2025

Any reply brief: 21 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk